UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARY BROWN,

                Plaintiff,                Case Number 08-11194
v.                                        Hon. David M. Lawson
                                              Magistrate Judge Virginia Morgan
AT&T INTEGRATED DISABILITY
SERVICE CENTER, DEB PATTERSON,
APPEAL SPECIALIST

                Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UPON THE ADMINISTRATIVE RECORD

Presently before the Court is the report issued on August 20, 2008 by Magistrate Judge Virginia Morgan pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the defendant's motion for entry of judgment upon the administrative record. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 18] is **ADOPTED**.

It is further **ORDERED** that the defendant's motion for entry of judgment upon

administrative record [dkt # 16] is **GRANTED**.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: September 8, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 8, 2008.

                                s/Susan Pinkowski
                                SUSAN PINKOWSKI